CCA # __13-15-00028-CR__

OFFENSE: __Aggravated Sexual Assault__

STYLE: __Robert Nunez Jr. v. The State of Texas__

COUNTY: __Victoria__

TRIAL COURT: __24th District Court__

TRIAL COURT #: __12-9-26915-A__

TRIAL COURT JUDGE: __Hon. Jack W. Marr__

DISPOSITION: __Affirmed__

DATE: __07/16/15__

JUSTICE: __Gregory T. Perkes__ PC ___ S ___

PUBLISH: _____ DNP: __x__

_____ MOTION

FOR REHEARING IS: _____

DATE: __July 16, 2015__

JUDGE: __Gregory T. Perkes__

CLK RECORD: __1__

RPT RECORD: __4 vol__

STATE BR: _____

APP BR: __1__

SUPP CLK RECORD _____

SUPP RPT RECORD _____

SUPP BR _____

PRO SE BR _____

## IN THE COURT OF CRIMINAL APPEALS

CCA # __1077-15__

------------------

__PRO SE__ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

__REFUSED__

DATE: __10/14/2015__

JUDGE: __Per Curiam__

Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____ PC: _____

PUBLISH: _____ DNP: _____

------------------

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____